No. 99–121.  HARDIN *v.* S. C. JOHNSON & SON, INC.  C. A. 7th Cir.  Certiorari denied.

No. 99–122.  GOODMAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–123.  LAZY OIL CO. ET AL. *v.* WITCO CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–124.  TOWERS ET AL. *v.* CITY OF CHICAGO.  C. A. 7th Cir.  Certiorari denied.

No. 99–126.  ADAMS *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 99–129.  ACKERMAN ET AL. *v.* NORTHWESTERN MUTUAL LIFE INSURANCE CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–130.  MOODY HILL FARMS LIMITED PARTNERSHIP ET AL. *v.* DEPARTMENT OF THE INTERIOR, NATIONAL PARKS SERVICE.  C. A. 2d Cir.  Certiorari denied.

No. 99–131.  MICKLE ET AL. *v.* MOORE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–133.  SPRECHER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–134.  OMEGA HOMES, INC. *v.* CITY OF BUFFALO ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–136.  MIDDLETON *v.* ALBRIGHT, SECRETARY OF STATE.  C. A. D. C. Cir.  Certiorari denied.

No. 99–139.  WARN ET AL. *v.* M/Y MARIDOME ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–140.  WILLIAMS *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 99–144.  PARESI ET AL. *v.* CITY OF PORTLAND.  C. A. 9th Cir.  Certiorari denied.

No. 99–146.  FERNSLER ET AL. *v.* TWO MEN AND A TRUCK INTERNATIONAL, INC.  C. A. 6th Cir.  Certiorari denied.